SLG SANDERS · LAW GROUP ·

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| James Fortune,<br><br>Plaintiff,<br><br>v.<br><br>Hearst Communications, Inc.,<br>Defendant. | Case No: 1:25-cv-08929-AS |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I caused to be served via USPS First Class Mail and electronic mail a copy of the Plaintiff's Notice of Deposition, Request for Admission, Request for Interrogatories, Request for Production, and Initial Disclosures Pursuant to Rule 26(a)(1) upon the Defendant's Counsel Nathaniel S. Boyer at the following addresses:

The Hearst Corporation
Nathaniel S. Boyer
300 West 57th Street, 40th Floor
New York, NY 10019

Email: nathaniel.boyer@hearst.com

By: *<u>/s Serena Onbasi</u>*
Serena Onbasi